UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA AUSTEN THERIOT and PATRICK MARK THERIOT | * * * | CIVIL ACTION |
| versus | * * | NO. 3:07-CV-703 |
| DILLARD DEPARTMENT STORES, INC. and XYZ INSURANCE COMPANY | * * * | JUDGE: DALBY |
| | * * * | MAGISTRATE JUDGE: BRADY |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice filed by plaintiffs, **Patricia Austen Theriot and Patrick Mark Theriot;**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above captioned lawsuit filed by plaintiffs, **Patricia Austen Theriot and Patrick Mark Theriot,**, against defendant, **Dillard Department Stores, Inc.,** is hereby dismissed with prejudice with each party to bear their own costs.

Baton Rouge, Louisiana, this 23d day of October, 2008.

_____
JUDGE